**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DR. BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| vs. | :: | CRIM. NO. 2:08-cr 158 (SRC) |
| DR. BAKUL DESAI, | :: | |
| Defendant(s) | :: | ORDER PERMITTING DEFENDANT TO TRAVEL TO MEXICO |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Dr. Bakul Desai requesting an Order modifying bail conditions and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, having no objection and Nicole Brown, Pre-trial Services, having no objection and for good cause shown,

IT IS on this 19th day of December, 2008:

**ORDERED** that the defendant is hereby permitted to travel to Mexico leaving New York on Tuesday, December 30, 2008 and returning on Sunday, January 4, 2009 and

**IT IS FURTHER ORDERED** that Defendant Dr. Bakul Desai's passport be returned to him for the specific purpose of traveling to Mexico as stated above pursuant to the following conditions:

1. The full itinerary is to be submitted to pre-trial services prior to release of the passport; and
2. Dr. Desai shall return the passport to pre-trial services within one business day of his return on January 4, 2009.

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

                                                  s/ Stanley R. Chesler
                                                  Stanley R. Chesler, U.S.D.J.

_____
MAUREEN NAKLY, AUSA

_____ 12/24/08
NICOLE BROWN, PRE-TRIAL SERVICES

_____