WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DR. BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : : | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | : : | |
| vs. | : : | CRIM. NO. 2:08-cr 158 (SRC) |
| DR. BAKUL DESAI, | : : | AMENDED ORDER PERMITTING DEFENDANT TO TRAVEL TO LONDON |
| Defendant(s) | : : | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Dr. Bakul Desai requesting an Order modifying bail conditions and the United States Attorney, by Robert Kirsch, Assistant United States Attorney, having not objected and Nicole Brown, Pre-trial Services, appearing and for good cause shown,

IT IS on this 12 day of July, 2009;

ORDERED that the defendant is hereby permitted to travel to London and Brussels, leaving New York today, July 13, 2009 and returning on Saturday, July 25, 2009 and

IT IS FURTHER ORDERED that Defendant Dr. Bakul Desai's passport be returned to him for the specific purpose of traveling to London and Brussels as stated above pursuant to the following conditions:

1. The full itinerary is to be submitted to pre-trial services prior to release of the passport; and
2. Dr. Desai shall return the passport to pre-trial services within one business day of his return on July 27, 2009.

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

I hereby consent to form
and entry of Order

ROBERT KIRSCH, AUSA

HON. STANLEY R. CHESLER, USDJ