**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DR. BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         vs.<br>DR. BAKUL DESAI,<br><br>         Defendant(s) | :  :<br>:  :<br>:  :<br>:  :<br>:  :<br>:  :<br>:  :<br>:  :<br>:  : | UNITED STATES DISTRICT COURT,<br>DISTRICT OF NEW JERSEY<br><br>CRIM. NO. 2:08-cr 158 (SRC)<br><br>ORDER PERMITTING DEFENDANT TO<br>TRAVEL TO EUROPE ON A CRUISE |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Dr. Bakul Desai requesting an Order modifying bail conditions and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, and Angel Matos, Pre-trial Services, appearing and for good cause shown,

IT IS on this          day of July, 2010;

ORDERED that the defendant is hereby permitted to travel to Europe on a cruise, specifically Budapest, Hungary, Prague, Czech Republic, France and Barcelona, Spain, leaving New York on Wednesday, August 18, 2010 and returning on Sunday, September 4, 2010 and

IT IS FURTHER ORDERED that Defendant Dr. Bakul Desai's passport be returned to him for the specific purpose of traveling to Europe as stated above pursuant to the following conditions:

1. The full itinerary is to be submitted to pre-trial services prior to release of the passport; and
2. Dr. Desai shall return the passport to pre-trial services within one business day of his return on September 7, 2010.

IT IS FURTHER ORDERED that all other bail conditions and restrictions remain in full force and effect.

HON. STANLEY R. CHESLER, USDJ

I hereby consent to form
and entry of Order

MAUREEN NAKLY, AUSA

ANGEL MATOS, PRE-TRIAL   7/20/10