WILLIS & YOUNG, P.C.
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant, DR. BAKUL DESAI

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | CRIM. NO. 2:08-cr 158 (SRC) |
| DR. BAKUL DESAI, | ORDER PERMITTING DEFENDANT TO TRAVEL TO INDIA |
| Defendant(s) | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for defendant Dr. Bakul Desai requesting an Order Modifying Defendant's Probation and permitting defendant to travel to India and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, and Stanley Whetstone, US Probation, appearing and for good cause shown,

IT IS on this     day of November, 2011;

ORDERED that the defendant is hereby permitted to travel to Delhi, India, leaving Newark on Wednesday, November 23, 2011 and returning on Sunday, December 11, 2011 with the following conditions:

1. The full itinerary is to be submitted to probation services;

_____
HON. STANLEY R. CHESLER, USDJ

I hereby consent to form
and entry of Order

_____
MAUREEN NAKLY, AUSA

_____
STANLEY K. WHETSTONE, US PROBATION