**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant BAKUL DESAI

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| | :: | DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| | :: | |
| | :: | |
| vs. | :: | CRIMINAL NO. 2:08-CR 158 (SRC) |
| | :: | |
| BAKUL DESAI, | :: | |
| | :: | ORDER TO REMOVE ELECTRONIC |
| Defendant(s) | :: | MONITORING DEVICE |
| | :: | |

---

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for Bakul Desai, for an Order removing the electronic monitoring device, and Paul J. Fishman, the United States Attorney, by Maureen Nakly, Assistant United States Attorney, appearing and for good cause shown,

**IT IS** on this 25 day of January, 2012;

**ORDERED** that the Application is hereby GRANTED.



Hon. Stanley R. Chesler, USDJ