**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant BAKUL DESAI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| Plaintiff, | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CRIMINAL NO. 2:08-CR 158 (SRC) |
| BAKUL DESAI, | :: | |
| Defendant(s) | :: | ORDER TO TERMINATE PROBATIONARY SENTENCE |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for Bakul Desai, for an Order terminating Defendant's probationary sentence, and the United States Attorney, by Maureen Nakly, Assistant United States Attorney, appearing and for good cause shown, *and the Court having reviewed the submissions of the parties on papers*

~~IT IS~~ on this ___ day of April, 2012;

~~ORDERED that the Motion is hereby GRANTED.~~ *concluded that defendant has failed to demonstrate sufficient extraordinary circumstances to warrant granting defendant application. It is on the 13 day of April 2012, hereby ordered that the application is denied.*

Hon. Stanley R. Chesler, USDJ